Case 10-34671    Doc 1    Filed 08/02/10    Entered 08/02/10 18:36:52    Desc Main
Document    Page 4 of 17

Case 10-34671    Doc 1    Filed 08/02/10    Entered 08/02/10 18:36:52    Desc Main
Document    Page 5 of 17

Case 10-34671    Doc 1    Filed 08/02/10    Entered 08/02/10 18:36:52    Desc Main
Document    Page 14 of 17